MICHAEL B. LEE, ESQ. (NSB 10122)
MICHAEL N. MATTHIS, ESQ. (NSB 14582)
MICHAEL B. LEE, P.C.
4000 S. Eastern Ave., Suite 140
Las Vegas, Nevada 89119
Telephone: (702) 477.7030
Facsimile: (702) 477.0096
mike@mblnv.com
Attorneys for NATIONAL CREDIT SYSTEMS, INC

MICHAEL B. LEE, P.C.
4000 S. EASTERN AVE., SUITE 140, LAS VEGAS, NEVADA 89119
TEL – (702) 477.7030; FAX – (702) 477.0096
mike@mblnv.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Richard Jack Veloce,<br><br>Plaintiff,<br><br>vs.<br><br>National Credit Systems, Inc.,<br><br>Defendant | Case No. 3:26-cv-00475-CLB<br><br>**ORDER GRANTING STIPULATION TO ENLARGE TIME FOR DEFENDANT NATIONAL CREDIT SYSTEMS, INC. TO FILE RESPONSIVE PLEADING**<br><br>[ECF No. 12] |

Plaintiff Richard Jack Veloce ("Veloce" or "Plaintiff"), by and through his attorney, HERNANDEZ & MASSI, and Defendant NATIONAL CREDIT SYSTEMS, INC ("NCS" or "Defendant"), by and through its attorney of record, MICHAEL B. LEE, P.C., and the Parties stipulate as follows:

1. Plaintiff filed this case on June 23, 2022, asserting claims against NCS for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., and the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ECF 1.

2. Plaintiff served NCS on June 29, 2026. Accordingly, NCS's responsive pleading or motion is due on or before July 20, 2026.

3. Subsequent to service, NCS solicited a settlement demand from Plaintiff, in addition to an extension of time to respond or answer the Plaintiff's Complaint at ECF 1.

4. Plaintiff consented to an extension of time through and including August 3, 2026, and provided a settlement demand.

5. Since that time, the parties have exchanged communications regarding the possibility of settlement.

6. At this time, NCS is seeking out additional information from its client relative to Plaintiff's allegations, which is expected to aid in settlement discussions.

7. This information has taken longer than expected to obtain given unplanned absences on NCS's team.

8. This is NCS's first request for an extension of time from this Honorable Court.

9. NCS believes that, in service to the best interest of the parties and this Honorable Court, the parties should exhaust settlement possibilities rather than require NCS to incur additional attorneys' fees to prepare and file a responsive pleading or motion. Any attorneys' fees incurred to do so would necessarily detract from any potential settlement which NCS may be able to offer.

10. The request is premised on judicial economy and is not being made to stall, delay or otherwise thwart the orderly progression of this case.

11. For these reasons, good cause exists for an extension for NCS to respond to the Complaint.

12. **Statement Regarding Conferral:** Undersigned counsel states that he communicated with Plaintiff's counsel regarding the subject matter of this motion, for which concurrence was obtained.

13. This Stipulation is made in accordance with LR 6-1 and LR II 7-1 of the Local Rules of this Honorable Court.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

MICHAEL B. LEE, P.C.
4000 S. EASTERN AVE., SUITE 140, LAS VEGAS, NEVADA 89119
TEL – (702) 477.7030; FAX – (702) 477.0096
mike@mblnv.com

14. This is the first request for an extension to file a responsive pleading to Plaintiff's Complaint.

Dated this 20th day of July, 2026.

MICHAEL B. LEE, P.C.

By: /s/ Michael Lee
Michael B. Lee, Esq. (NSB 10122)
4000 S. Eastern Ave., Suite 140
Las Vegas, NV 89119
Tel: (702) 477.7030
Fax: (702) 477.0096
mike@mblnv.com
Attorney for Defendant

Dated this 20th day of July, 2026.

HERNANDEZ & MASSI

By: /s/ Kevin Hernandez
Kevin L. Hernandez, Esq. (NSB 12594)
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
P: (702) 563-4450
F: (702) 552-0408
kevin@hernandezandmassi.com
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
Dated: July 20, 2026

MICHAEL B. LEE, P.C.
4000 S. EASTERN AVE., SUITE 140, LAS VEGAS, NEVADA 89119
TEL – (702) 477.7030; FAX – (702) 477.0096
mike@mblnv.com