MARCUS J. LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2808

*Attorneys for Defendant*
*EXPERIAN INFORMATION*
*SOLUTIONS, INC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD JACK VELOCE,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

Defendants.

Case No. 3:26-cv-00475-CLB

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT**

**[SECOND REQUEST]**

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Plaintiff RICHARD JACK VELOCE ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") stipulate that Experian's deadline in which to file and serve a response to Plaintiff's Complaint (ECF No. 1), shall be extended through and until Wednesday, September 16, 2026 and request that the Court enter an order approving the same. This is Experian's second request to extend the time for them to respond to Plaintiff's Complaint.

/ / /

/ / /

Plaintiff filed the Complaint on June 23, 2026. The current deadline for Defendant to respond to the Complaint is August 19, 2026. Defendant has requested, and Plaintiff has agreed, to extend the deadline for Defendant to respond to the Complaint in order to provide additional time for the parties to continue to confer regarding potential early resolution of this matter. This request is made for good cause and not for the purpose of delay. The parties thus agree, subject to the Court's approval, that the deadline for Defendant to respond to the Complaint shall be extended to September 16, 2026, and respectfully request that the Court enter an order approving this stipulation.

**IT IS SO STIPULATED.**

DATED this 19th day of August, 2026

O'HAGAN MEYER PLLC

*/s/Inku Nam*
MARCUS J. LEE
Nevada Bar No. 15769
INKU NAM
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

DATED this 19th day of August, 2026

HERNANDEZ AND MASSI

*/s/ Kevin L. Hernandez*
KEVIN L. HERNANDEZ
Nevada Bar No. 12594
8920 W. Tropicana Ave., Suite 101
Las Vegas, Nevada 89147
602-461-7404
Counsel for Richard Jack Veloce

**IT IS SO ORDERED:**

DATED: August 20, 2026

UNITED STATES MAGISTRATE JUDGE